# UNITED STATES DISTRICT COURT

UNITED STATES COURTHOUSE

500 PEARL STREET

NEW YORK, NY 10007

CHAMBERS OF
ROBERT P. PATTERSON, JR.
DISTRICT JUDGE

August 10, 2004

Hon. Mary M. Lisi, Chair
Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Judge Lisi:

Thank you for your letter of July 23, 2004. I enclose an original
and three copies of my amended report as you suggested.

With respect to the third paragraph on page 2 of your letter, the
entries questioned were mandatory IRA distributions which I don't believe
are covered in pages 51-54 of the instructions, and which, after a
telephone call to your office, I understand do not have to be reported.

Very truly yours,

Robert P. Patterson, Jr.
U.S. District Judge

Enclosures

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT | in Government Act of 1978 |
|---|---|---|
| | Calendar Year 2003 | (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)  Patterson, Jr., Robert P | 2. Court or Organization  U.S. District Court, S.D.N.Y. | 3. Date of Report  8/10/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge (senior) | 5. ReportType (check appropriate type)  ○ Nomination.    Date  ○ Initial    ● Annual    ○ Final | 6. Reporting Period  1/1/2003  to  12/31/2003 |
| 7. Chambers or Office Address  U.S. District Court  Chambers 2550, 500 Pearl St.  New York, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____    Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.    (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.    Board of Managers | The Havens Relief Fund Society |

## II. AGREEMENTS.    (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED  AUG 16  11 32 AM '04  FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Patterson, Jr., Robert P | 8/10/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | John Hancock | Insurance Policy Loan | K |
| 2. | National Life Insurance | Insurance Policy Loan | J |
| 3. | New England Life (now Met Life) | Insurance Policy Loan | J |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Patterson, Jr., Robert P | 8/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income. assets, or transactions) | | | | | | | | | |
| 1. Vanguard Group (Keogh) Windsor II Fund | E | Dividend | O | T | | 1/15 | K | | Partial mandatory |
| 2. Vanguard Group (Keogh) Int. Term Corp. Fund | E | Interest | N | T | | 1/15 | K | | Partial mandatory |
| 3. New Rochelle City 4% 9/1/03 | B | Interest | K | T | | 8/28 | K | | |
| 4. Istar Finl Inc. | B | Dividend | K | T | Buy | 5/06 | K | | |
| 5. Byron Bergen NY Sched 2.5% 6/15/08 | A | Interest | L | T | Buy | 5/07 | L | | |
| 6. New York Tax Free Income Fund | B | Interest | K | T | | | | | |
| 7. Metropolitan Transit Authority 6.0% 7/1/06 | C | Interest | L | T | | | | | |
| 8. Otsego Cnty NY Indl. Dev. Agy 5.125% 11/1/12 | C | Interest | L | T | | | | | |
| 9. Orleans County, NY 4.9% 12/15/14 | B | Interest | K. | T | | | | | |
| 10. Chase Bank IRA Cash Equivalent | A | Interest | J | T | | 1/15 | J | | Partial mandatory |
| 11. Edgemont School Dist. N.Y. 5.50% at 1/15/07 | B | Interest | K | T | | | | | |
| 12. N.Y. State Env. Fac. 5.6% 9/15/13 | A | Interest | K | T | partial sale | 3/16 | J | | No gain |
| 13. N.Y. State Env. Fac. 5.25% 6/15/14 | C | Interest | L | T | | | | | |
| 14. Metropolitan Life Ins. | A | Dividend | J | T | | | | | |
| 15. Chase Bank IRA Cash Equivalent | B | Interest | J | T | | | | | Partial mandatory |
| 16. Green Point Savings Cash Equivalent | A | Interest | J | T | | | | | Partial mandatory |
| 17. Trex Inc. | | None | K | T | Buy | 3/03 | K | | |
| 18. Trex Inc. | | None | | | Sell | 9/19 | K | A | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2.500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4) F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3) N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2) U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Patterson, Jr., Robert P | 8/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. N.Y. Daily Tax Free Income Fund | A | Interest | K | T | | | | | |
| 20. Aramark Corp. | A | Dividend | K | T | Buy | 1/10 | J | | |
| 21. Copart, Inc. | | None | K | T | | | | | |
| 22. IBM | A | Dividend | J | T | | | | | |
| 23. Kimco Realty | B | Dividend | K | T | | | | | |
| 24. Kimco Realty | B | Dividend | J | T | | | | | |
| 25. Florida East Coast Inds. | A | Dividend | K | T | Buy | 7/11 | J | | |
| 26. Merck & Co., Inc. | D | Dividend | M | T | | | | | |
| 27. Exxon Mobil Corp. | A | Dividend | K | T | | | | | |
| 28. AOL Time Warner | A | Dividend | K | T | | | | | |
| 29. Igene Biotechnology Inc. (WTS) | | None | J | T | | | | | Value under $1,000. |
| 30. N.Y.S. Power Authority 5.625% 1/1/10 | A | Interest | K | T | | | | | |
| 31. N.Y.S. Twy. Auth. Hwy & Bond 5/1% 4/1/08 | B | Interest | L | T | | | | | |
| 32. Puerto Rico Elec. Power 5.75% 7/1/06 | A | Interest | | | Redemption | 1/02 | J | | |
| 33. Progress Energy, Inc. | | | | | | | | | Value under $1,000. |
| 34. Medco Health Solutions | | None | K | T | Spinoff | | J | | Spinoff from Merck |
| 35. Boston Acoustics | A | Dividend | K | T | | | | | |
| 36. Brookhaven NY Ind. Devl. 5.6% 12/1/09 | C | Interest | L | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patterson, Jr., Robert P | 8/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Questar Corp. | A | Dividend | K | T | | | | | |
| 38. UltraLife Batteries | | None | J | T | Sale | 10/7 | J | B | Partial sale |
| 39. UltraLife Batteries | | None | J | T | Sale | 11/5 | J | C | Partial sale |
| 40. Teleflex Inc. | A | Dividend | K | T | Buy | 7/16 | K | | |
| 41. Microsoft Corp. · | A | Dividend | K | T | Buy | 1/7 | K | | |
| 42. Istar Fin. | B | Dividend | K | T | | | | | |
| 43. Citigroup - See explanatory note | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Patterson, Jr., Robert P | 8/10/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Citigroup common stock does not appear in Section VII because of a mistake in the Report for 2002 which listed the sale of Citigroup stock as a "partial sale" instead of "sale" of all that stock.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Patterson, Jr., Robert P | 8/10/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date _August 10, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

    Committee on Financial Disclosure
    Administrative Office of the United States Courts
    Suite 2-301
    One Columbus Circle, N.E.
    Washington, D.C. 20544